IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

*Richmond Division*



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:24-cr-56 |
| | ) | |
| v. | ) | Possession of a Firearm and |
| | ) | Ammunition by a Convicted Felon |
| PIERRE DEMETRIUS REDD, | ) | 18 U.S.C. § 922(g)(1) |
| | ) | (Count One) |
| Defendant. | ) | |
| | ) | Possess with the Intent to Distribute |
| | ) | Cocaine |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | (Count Two) |
| | ) | |
| | ) | Forfeiture Allegation |

APRIL 2024 TERM - At Richmond, Virginia

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about October 31, 2023, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, PIERRE DEMETRIUS REDD, knowing that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and unlawfully possess a firearm, to wit: an FN, Model 509, 9-millimeter caliber semi-automatic pistol bearing serial number GKS0022526, and assorted ammunition, in and affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

### COUNT TWO
(Possess with the Intent to Distribute Cocaine)

On or about October 31, 2023, in the Eastern District of Virginia and within the

jurisdiction of this Court, the defendant, PIERRE DEMETRIUS REDD, did knowingly and intentionally and possess with the intent to distribute a detectable amount of Cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)).

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense.

The defendant is further notified that upon conviction of Count Two of this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged and any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of the offense charged.

Property subject to forfeiture includes, but is not limited to, the following:

1. An FN, Model 509, caliber 9-millimeter, semi-automatic pistol bearing serial number GKS0022526, and

2. Any and all accompanying magazines and ammunition.

(In accordance with Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853).

A True Bill

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office*

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Patrick J. McGorman
Stephen W. Miller
Assistant United States Attorneys